# SEALED

SEALED

ORIGINAL

Sheri Thome
Nevada Bar No. 008657
J. Scott Burris
Nevada Bar No. 010529
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
E-mail:Sheri.Thome@wilsonelser.com
J.Scott.Burris@wilsonelser.com

Stephen M. Gaffigan (*Pro Hac Vice* pending)
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail:stephen@smgpa.net

*Attorneys for Plaintiff, CHANEL, INC.*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CHANEL, INC.,

Plaintiff,

v.

TIAYI ART, LLC, a Nevada limited liability company, d/b/a TIAYI ART d/b/a TIAYI ART GALLERY d/b/a TIAYI ART CIRCUS FJ STORE d/b/a TIAYI ART – TIAYI GALLERY d/b/a TIAYI ART CHINATOWN MAIN STORE d/b/a TIAYI ART CO. d/b/a TIAYI ART COMPANY and DOES 1-10,

Defendants.

Case No. 2:13-cv-1274-APG/PAL

**STIPULATED CONSENT PRELIMINARY INJUNCTION AND ORDER CONFIRMING SEIZURE**

WHEREAS, this action having been commenced by Plaintiff, Chanel, Inc. ("Chanel") against the Defendant, Tiayi Art, LLC, a Nevada limited liability company, d/b/a Tiayi Art d/b/a Tiayi Art Gallery d/b/a Tiayi Art Circus FJ Store d/b/a Tiayi Art – Tiayi Gallery d/b/a Tiayi Art

Chinatown Main Store d/b/a Tiayi Art Co. d/b/a Tiayi Art Company (the "Defendant"), alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of origin and a copy of the Summons, Verified Complaint, Temporary Restraining Order and Seizure Order, supporting papers, and Orders issued to date having been served upon the Defendant:

IT IS STIPULATED, ORDER, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over all of the named parties hereto.

2. Chanel is the owner of the following trademark (the "Chanel Marks") in connection with high quality costume jewelry, including earrings, necklaces, and bracelets and hair accessories, including hair clips:

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| | 1,501,898 | August 30, 1988 | IC 06 - Keychains<br>IC 14 – Costume Jewelry<br>IC 16 – Gift wrapping paper<br>IC 25 – Blouses, shoes, belts, scarves, jackets, men's ties<br>IC 26 – Brooches, buttons for clothing |
| CHANEL | 3,133,139 | August 22, 2006 | IC 14 – Jewelry and Watches |
| CHANEL | 0,902,190 | November 10, 1970 | IC 14 – Bracelets, Pins and Earrings |
| | 3,025,936 | December 13, 2005 | IC 09 – Eyeglass frames, sunglasses<br>IC 25 – Gloves, swimwear<br>IC 26 – Hair Accessories, Namely Barrettes |
| CHANEL | 1,464,711 | January 22, 1987 | IC 26- Barrettes, Hair Clips, Hair Bands, Hair Bows, and Artificial Flowers |

| | | | |
|---|---|---|---|
| CHANEL | 3,134,695 | October 8, 2004 | IC 09 – Ski goggles, eyeglass frames, sunglasses, sunglass parts, cases for spectacles and sunglasses<br>IC 25 – Sun visors, swimwear, stockings and socks<br>IC 26 - Hair Accessories Namely Barrettes<br>IC 28 – Bags specially adopted for sports equipment, skis, tennis rackets, tennis balls, tennis racket covers |

3. Defendant and its respective officers, agents, servants, employees, and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, pending termination of this action, from, intentionally and/or knowingly:

A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing the Chanel Marks;

B. using the Chanel Marks in connection with the sale of any unauthorized goods;

C. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiff;

D. using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale or advertising of any goods sold by the Defendant, including, without limitation, costume jewelry, including earrings, necklaces, and bracelets and hair accessories, including hair clips;

E. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Defendant's goods as being those of the Plaintiff, or in any way endorsed by the Plaintiff;

F. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiff;

G. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and

H. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (G).

4. The seizure effected on July 26, 2013 pursuant to this Court's Order is hereby confirmed and the hearings scheduled for August 1, 2013 at 1:30 p.m. are hereby canceled.

5. The seal in this matter is hereby removed, and the Clerk is instructed to return this file to the public portion of the Court records.

6. The bond posted by the Plaintiff in compliance with the Court's Order dated July 22, 2013 is hereby released.

SO STIPULATED:

**Plaintiff: Chanel, Inc.**

DATED: July ____, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________
Sheri Thome

**Defendant: Tiayi Art, LLC**

DATED: July 26, 2013

By: Guo Yuc...
Printed Name: Guo Yucheng
Title: Manager Co. owner

**IT IS SO ORDERED.**

Dated: July 30, 2013.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE